# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| :ton, Ronald B. | US Dis. Judge; Western Dist WA | 01/25/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| US Dis. Ct. Judge Nominee | X Nomination, Date 01/23/2002 <br><br> Initial ___ Annual ___ Final ___ | 01/01/2000 to 12/30/2001 |

**7. Chambers or Office Address**

Gordon, Thomas, Honeywell

P.O. Box 1157

Tacoma, WA 98401

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## . POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Partner | Gordon, Thomas, Honeywell, Malanca Peterson & Daheim LLP |
| 2 | Trustee | Whitworth College |
| 3 | Trustee | Charles Wright Academy |

## I. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## I. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 2000 | Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim | 573,000 |
| 2 | 2001 | Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim | 359,061 |
| 3 | 2000 | Burgess Fitzer PS | |
| 4 | )1 | Burgess Fitzer, PS | |

## V. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| | NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| | NONE (No such reportable gifts.) | | |
| 1 | | Exempt | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| | NONE (No reportable liabilities.) | | |
| 1 | None | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Montclair Real Estate Ltd. Partnership, Fife, WA | D | Rent | L | R | Exempt | | | | |
| 2 | | | | | | | | | |
| 3  Harborview East Real Estate Partnership, Gig Harbor, WA | E | Dividend | L | R | Exempt | | | | |
| 4  Evansville Retirement Residence Ltd. Partnership, | D | Dividend | K | R | Exempt | | | | |
| 5  US Bank, Tacoma, WA | B | Interest | J | T | Exempt | | | | |
| 6  Washington STate College Savings Bond | A | Interest | K | T | Exempt | | | | |
| Cisco Systems Inc. (Stock) (Common) | | None | K | T | Exempt | | | | |
| 8  Lucent Tech. Stock (Common) | A | Dividend | J | T | Exempt | | | | |
| 9  Maytag Stock (Common) | A | Dividend | J | T | Exempt | | | | |
| 10  Qwest Comm. Stock (common) | A | Dividend | J | T | Exempt | | | | |
| 11  Alberto Culver Stock (Common) | A | Dividend | J | T | Exempt | | | | |
| 12  Cisco Systems Inc. (common) | | None | J | T | Exempt | | | | |
| 13  Corning Stock (Common) | A | Dividend | J | T | Exempt | | | | |
| 14  Intel Stock (common) | A | Dividend | K | T | Exempt | | | | |
| 15  Lucent Tech. Stock (common) | A | Dividend | J | T | Exempt | | | | |
| 16  Nextel Comm. (common) | | None | J | T | Exempt | | | | |
| 17  Qwest Comm. Stock (common) | A | Dividend | J | T | Exempt | | | | |

Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

Values:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Intermountain Power Agency Revenue Bonds | | None | J | T | Exempt | | | | |
| 19 IRA #1 | | | | | Exempt | | | | |
| 20 Morgan Stanley Div. Growth Securities B | B | Dividend | L | T | Exempt | | | | |
| 21 IRA #2 | | | | | Exempt | | | | |
| 22 Morgan Stanley Div. Growth Securities B | A | Dividend | L | T | Exempt | | | | |
| 23 Bristol-Myers Squibb Stock (common) | A | Dividend | J | T | Exempt | | | | |
| Centennial Money Market | B | Interest | K | T | Exempt | | | | |
| 25 Chevron/Texaco Stock (common) | A | Dividend | J | T | Exempt | | | | |
| 26 IBM Stock (common) | A | Dividend | K | T | Exempt | | | | |
| 27 Microsoft Stock (common) | | None | K | T | Exempt | | | | |
| 28 Nokia Stock (common) | A | Dividend | J | T | Exempt | | | | |
| 29 Strattee Security Stock (common) | | None | J | T | Exempt | | | | |
| 30 Vodafone Group PLC Stock (common) | A | Dividend | K | T | Exempt | | | | |
| 31 Boeing Stock (common) | A | Dividend | J | T | Exempt | | | | |
| 32 Cisco Stock (common) | | None | K | T | Exempt | | | | |
| 33 Coca-Cola Stock (common) | A | Dividend | J | T | Exempt | | | | |
| 34 Columbia Bank STock (common) | | None | J | T | Exempt | | | | |

Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

Values:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 3  INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 | | | | | | | | | |
| 36  Dell Computer Stock (common) | | None | K | T | Exempt | | | | |
| 37  Intel Stock (common) | A | Dividend | K | T | Exempt | | | | |
| 38  Lucent Tech. Stock (Common) | A | Dividend | J | T | Exempt | | | | |
| 39  Microsoft Stock (common) | | None | K | T | Exempt | | | | |
| 40  Pfizer Stock (common) | A | Dividend | J | T | Exempt | | | | |
| Schlumberger Stock (common) | A | Dividend | J | T | Exempt | | | | |
| 42  Transocean Sedco Forex Stock (common) | A | Dividend | J | T | Exempt | | | | |
| 43  New Perspective Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 44  Oppenheimer Main St. Funds | A | Dividend | K | T | Exempt | | | | |
| 45  Washington Mutual Investors Fund | A | Dividend | J | T | Exempt | | | | |
| 46 | | | | | | | | | |
| 47  Prudential Stock Index Z Fund | | None | K | T | Exempt | | | | |
| 48  MFS Capital Opportunities Fund A | | None | K | T | Exempt | | | | |
| 49  Massachusetts Investors Growth Fund A | | None | K | T | Exempt | | | | |
| 50  Van Kampen Emerging Growth Fund A | | None | L | T | Exempt | | | | |
| 51  Davis NY Venture Fund A | | None | K | T | Exempt | | | | |

Inc/Gain Codes: A=$1,000 or less      B=$1,001-$2,500        C=$2,501-$5,000         D=$5,001-$15,000         E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

des:    J=$15,000 or less       K=$15,001-$50,000        L=$50,001-$100,000       M=$100,001-$250,000       N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

Val Mth Codes: Q=Appraisal        R=Cost (real estate only)        S=Assessment            T=Cash/Market
(Col. C2)   U=Book Value        V=Other                          W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets (including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 Vanguard Federal Money Market Fund | | None | J | T | Exempt | | | | |
| 53 Vanguard Equity Income Fund | | None | L | T | Exempt | | | | |
| 54 Vanguard Healthcare Specialized Portfolio Fund | | None | L | T | Exempt | | | | |
| 55 Vanguard Life Strategy Income Fund | | None | K | T | Exempt | | | | |
| 56 Vanguard Mid Cap Index Fund | | None | L | T | Exempt | | | | |
| 57 Vanguard Specialized REIT Index Fund | | None | L | T | Exempt | | | | |
| 58 Vanguard Wellington Fund | | None | K | T | Exempt | | | | |
| 59 Vanguard Windsor II Fund | | None | L | T | Exempt | | | | |
| 60 Schwab Money Market | A | Interest | J | T | Exempt | | | | |
| 61 American Century Small Cap Value Fund | | None | K | T | Exempt | | | | |
| 62 Berger Mid Cap Value Fund | | None | K | T | Exempt | | | | |
| 63 CRM Small Cap Value Fund | | None | K | T | Exempt | | | | |
| 64 Delafield Fund | | None | K | T | Exempt | | | | |
| 65 FBR Small Cap Financial Fund | | None | K | T | Exempt | | | | |
| 66 Heartland Value Fund | | None | J | T | Exempt | | | | |
| 67 Icon Financial Fund | | None | K | T | Exempt | | | | |
| 68 Oakmark I. Fund | | None | K | T | Exempt | | | | |

Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69  One Group Mid Cap Value Fund | | None | K | T | Exempt | | | | |
| 70  One Group Small Cap Value Fund | | None | K | T | Exempt | | | | |
| 71  Pimco Value Institutional Fund | | None | K | T | Exempt | | | | |
| 72  T. Rowe Price Financial Services Fund | | None | K | T | Exempt | | | | |
| 73  TCW Galileo Value Opportunity Fund | | None | K | T | Exempt | | | | |
| 74  Third Avenue Small Cap Fund | | None | K | T | Exempt | | | | |
| -  Vanguard Selected Value Fund | | None | K | T | Exempt | | | | |
| 76  Wasatch Growth Fund | | None | L | T | Exempt | | | | |
| 77  Diamonds Trust Series S&P Depository Receipts | | None | K | T | Exempt | | | | |
| 78  SPDR Trust Unit SRI S&P Dep. Receipt | | None | K | T | Exempt | | | | |
| 79  Dreyfus Mid Cap Value Fund | | None | K | T | Exempt | | | | |
| 80  Vanguard Windsor II Fund | A | Dividend | J | T | Exempt | | | | |
| 81  Liberty Acorn Fund-Z | A | Dividend | K | T | Exempt | | | | |
| 82  Vanguard Windsor II Fund | A | Dividend | J | T | Exempt | | | | |
| 83  Liberty Acorn Fund-Z | A | Dividend | K | T | Exempt | | | | |
| 84  Liberty Acorn Fund-Z | A | Dividend | J | T | Exempt | | | | |
| 85  Schwab Money Market Fund | A | Dividend | K | T | Exempt | | | | |

Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

des:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86 King County Housing Authority Bond | | None | J | T | Exempt | | | | |
| 87 University of Washington Bond | | None | J | T | Exempt | | | | |
| 88 Vancouver Washington Housing Authority Bond | | None | J | T | Exempt | | | | |
| 89 Federated Municipal Opportunities Fund | A | Dividend | J | T | Exempt | | | | |
| 90 AOL Time Warner Common Stock | | None | J | T | Exempt | | | | |
| 91 Electronic Data System Common Stock | | None | J | T | Exempt | | | | |
| Kimberly-Clark Corp. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 93 Macromedia Common Stock | | None | J | T | Exempt | | | | |
| 94 Proctor & Gamble Common Stock | A | Dividend | J | T | Exempt | | | | |
| 95 Qualcomm Common Stock | | None | J | T | Exempt | | | | |
| 96 Qwest Communications Int'l Inc (common stock) | | None | J | T | Exempt | | | | |
| 97 SBC Communications Common Stock | A | Dividend | K | T | Exempt | | | | |
| 98 Starbucks Common Stock | | None | K | T | Exempt | | | | |
| 99 Verizon Common Stock | A | Dividend | J | T | Exempt | | | | |
| 100 Invesco Health Sciences Fund | | None | J | T | Exempt | | | | |
| 101 Scudder Global Fund | | None | J | T | Exempt | | | | |
| 102 Scudder International Fund | | None | J | T | Exempt | | | | |

Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

des:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103 News Investment Club | | None | N | T | Exempt | | | | |
| 104 --AOL Time Warner Common Stock | | None | J | T | Exempt | | | | |
| 105 --Apollo Group Common Stock | | None | J | T | Exempt | | | | |
| 106 --Barr Labs Common Stock | | None | K | T | Exempt | | | | |
| 107 --Cisco Systems Common Stock | | None | J | T | Exempt | | | | |
| 108 --Home Depot Common Stock | | None | J | T | Exempt | | | | |
| --Harley Davidson Common Stock | | None | K | T | Exempt | | | | |
| 110 --Intel Common Stock | | None | K | T | Exempt | | | | |
| 111 --Ingersoll Rand Common Stock | | None | J | T | Exempt | | | | |
| 112 --King Pharmaceuticals Common Stock | | None | K | T | Exempt | | | | |
| 113 --Microsoft Common Stock | | None | L | T | Exempt | | | | |
| 114 --Orthodontic Centers America Common STock | | None | J | T | Exempt | | | | |
| 115 --Ocean Energy Common STock | | None | J | T | Exempt | | | | |
| 116 --Proctor & Gamble Common Stock | | None | J | T | Exempt | | | | |
| 117 --Starbucks Common Stock | | None | K | T | Exempt | | | | |
| 118 --United Parcel Service Common STock | | None | J | T | Exempt | | | | |
| 119 --Viacom Common Stock | | None | J | T | Exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 ...des:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets)  *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | **If not exempt from disclosure** | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 120  --Whole Foods Mkt Common Stock | | None | K | T | Exempt | | | | |
| 121 | | | | | | | | | |
| 122 | | | | | | | | | |
| 123 | | | | | | | | | |
| 124 | | | | | | | | | |
| 125 | | | | | | | | | |
| 1__ | | | | | | | | | |
| 127 | | | | | | | | | |
| 128 | | | | | | | | | |
| 129 | | | | | | | | | |
| 130 | | | | | | | | | |
| 131 | | | | | | | | | |
| 132 | | | | | | | | | |
| 133 | | | | | | | | | |
| 134 | | | | | | | | | |
| 135 | | | | | | | | | |
| 136 | | | | | | | | | |

Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

des:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(C. _1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Leighton, Ronald B. | 01/25/2002 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

# IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Ronald B. Leighton_          Date _1-25-02_

Note:          Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 30 | 000 | Notes payable to banks-secured | | 25 | 000 |
| U.S. Government securities-add schedule | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 839 | 068 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | 20 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | Accounts and bills due | | | |
| Due from relatives and friends | | | Unpaid income tax | | | |
| Due from others | | | Other unpaid income and interest | | | |
| Doubtful | | | Real estate mortgages payable-add schedule | | 237 | 743 |
| Real estate owned-add schedule | 1 375 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | | |
| Autos and other personal property | 250 | 000 | | | | |
| Cash value-life insurance | 50 | 000 | | | | |
| Other assets itemize: | | | | | | |
| Retirement Funds | 967 | 997 | | | | |
| Vested Amt. in Law Firm | 140 | 612 | | | | |
| Real Estate Partnerships | 179 | 000 | Total liabilities | | 262 | 743 |
| | | | Net Worth | 3 | 588 | 934 |
| Total Assets | 3 851 | 677 | Total liabilities and net worth | 3 | 851 | 677 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | No | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | No | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | No | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | No | | | | | |
| Other special debt | No | | | | | |